UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RESER'S FINE FOODS, INC., : | |
| Plaintiff, : | No. 5:15-cv-0738 |
| v. : | |
| : | |
| VAN BENNETT FOOD CO., INC., : | |
| JOHN MARCINKO, and : | |
| JOLINE MARCINKO, : | |
| Defendants. : | |

# O R D E R

AND NOW, this 15th day of October, 2015, upon consideration of Plaintiff's Motion for Default Judgment, ECF No. 11, and Supplemental Memorandum, ECF No. 13, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. **JUDGMENT IS ENTERED** in favor of Reser's Fine Foods and against Van Bennett Food Co., Inc., John Marcinko, and Joline Marcinko, jointly and severally, in the amount of $9,145.00.

2. Plaintiff's Motion as to Plaintiff's claim for interest on the judgment is **DENIED**.

3. This case is **CLOSED**.

4. Plaintiff's Motion as to Plaintiff's claim for attorney's fees is **DENIED WITHOUT PREJUDICE** to Plaintiff filing the necessary materials to support judgment as to the amount sought within **fourteen days** of the date of this Order.

1

2

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge